UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELISA KULLA,

Plaintiff,

v.

TRAXNYC CORP. and MAKSUD AGADJANI, in his individual and official capacities,

Defendants.

**NOTICE OF DEFENDANTS' PARTIAL MOTION TO DISMISS THE SECOND, FIFTH, EIGHTH, AND TWELFTH CAUSES OF ACTION**

Civil Action No. 1:26-cv-05294-LJL

Judge: Hon. Lewis J. Liman

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Partial Motion to Dismiss, and upon all prior pleadings and proceedings had herein, Defendants TraxNYC Corp. and Maksud Agadjani will move this Court, before the Honorable Lewis J. Liman, United States District Judge for the Southern District of New York, for an order under Federal Rule of Civil Procedure 12(b)(6):

1. Dismissing with prejudice the Second Cause of Action, for retaliation under Title VII of the Civil Rights Act of 1964, as asserted against Defendant TraxNYC Corp.;

2. Dismissing with prejudice the Fifth Cause of Action, for aiding and abetting under the New York State Human Rights Law, N.Y. Executive Law § 296(6), as asserted against Defendant Maksud Agadjani;

3. Dismissing with prejudice the Eighth Cause of Action, for aiding and abetting under the New York City Human Rights Law, N.Y.C. Administrative Code § 8-107(6), as asserted against Defendant Maksud Agadjani;

4. Dismissing with prejudice the Twelfth Cause of Action, for civil assault, as asserted against Defendant Maksud Agadjani; and

5. Granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that this is a partial motion to dismiss, directed only at the Second, Fifth, Eighth, and Twelfth Causes of Action.

**PLEASE TAKE FURTHER NOTICE** that this motion is based upon this Notice of Motion, the accompanying Memorandum of Law in Support of Defendants' Partial Motion to Dismiss, the pleadings and papers on file in this action, and such argument as the Court may permit.

Dated: New York, New York
September 7, 2026

Respectfully submitted,

THE LAW OFFICES OF JASON GOLDMAN

______________________________

Jason Goldman, Esq.
275 Madison Avenue, 35th Floor
New York, New York 10016
(212) 466-6617 | jg@jasongoldmanlaw.com
*Counsel for Defendants*

TO:
Michelle A. Caiola, Esq.,
Phillips & Associates, PLLC
45 Broadway, 28th Floor
New York, New York 10006
*Counsel for Plaintiff*