PHILLIPS & ASSOCIATES
*Attorneys at Law*
45 BROADWAY, 28TH FLOOR, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

November 23, 2026

**VIA ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

**Re: *Kulla v. TraxNYC Corp., et al.*, No. 1:26-cv-05294-LJL (S.D.N.Y.)**

Dear Judge Liman:

The parties jointly and respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for December 2, 2026, at 11:00 a.m., and of the related deadline to submit a proposed Case Management Plan and Scheduling Order, pending the Court's decision on Defendants' partial motion to dismiss.

The Court scheduled the conference by Notice dated August 6, 2026, which also directed the parties to submit a joint proposed Case Management Plan one week before the conference. (ECF No. 7.) After that Notice issued, Defendants moved on September 7, 2026, to dismiss the Second, Fifth, Eighth, and Twelfth Causes of Action. (ECF Nos. 12, 13.) Plaintiff filed her opposition (ECF No. 14), and Defendants filed their reply on October 23, 2026 (ECF No. 15). The motion is now fully briefed. Defendants have stated that they will answer the remaining causes of action once the Court resolves the motion. (ECF No. 13 at 1 n.1.)

Because the Court's decision will determine which claims proceed, the parties believe that the conference and the proposed Case Management Plan would be more productive after the Court rules. An adjournment would allow the parties to propose a discovery schedule that reflects the claims and defenses actually at issue, and would conserve the resources of the Court and the parties.

This is the parties' first request to adjourn the Initial Pretrial Conference. The only prior request for an extension in this action was Defendants' consented-to request to extend their time to respond to the Complaint, which the Court granted. (ECF Nos. 10, 11.) All parties consent to this request.

The parties respectfully propose that the conference be adjourned to a date convenient for the Court approximately thirty (30) days after the Court decides the pending motion, with the joint proposed Case Management Plan due one week before the rescheduled conference.

The parties thank the Court for its time and consideration of this request.

Respectfully submitted,

**PHILLIPS & ASSOCIATES,**
**ATTORNEYS AT LAW, PLLC**

*/s/ Michelle A. Caiola*
Michelle A. Caiola, Esq.
45 Broadway, 28th Floor
New York, New York 10006
T: (212) 248-7431
MCaiola@TPGLaws.com
*Counsel for Plaintiff*

**THE LAW OFFICES OF**
**JASON GOLDMAN**

*/s/ Jason Goldman*
Jason Goldman, Esq.
275 Madison Avenue, 35th Floor
New York, New York 10016
(212) 466-6617
jg@jasongoldmanlaw.com
*Counsel for Defendants*

cc: All counsel of record (via ECF)

The request is GRANTED. The Initial Pretrial Conference is adjourned *sine die*. The parties are directed to write to the Court within two weeks of a decision sustaining the complaint in whole or in part with a proposed Case Management Plan and Scheduling Order.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

November 23, 2026